**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LATRELL T. WHITE; and
REGINALD HUGGINS                                                    PLAINTIFFS

V.                              5:08CV00217 SWW/JTR

E. ADAMS, Unit Supervisor,
W.C. Dub Brassell Detention Center, et al.                          DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.   After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITH PREJUDICE, as being duplicative of the claims in *Huggins and White v. W. C. Dub Brassell Detention Center*, 5:08CV00216 JMM/HDY.

2.      The Applications to Proceed *In Forma Pauperis* (docket entries #1 and #2) are DENIED, AS MOOT.

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 5th day of September 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE